# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT G. STEPHEN,**

        **Plaintiff,**

**-vs-**                                     **Case No. 6:04-cv-598-Orl-22JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on a Complaint for the review of the final decision of the Commissioner of Social Security denying the application for child's survivor benefits (Doc. No. 1) filed on April 26, 2004.

The United States Magistrate Judge has submitted a Report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 3, 2005 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is hereby **AFFIRMED**. The Clerk is directed to enter judgement accordingly.

    3.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 7, 2005.

                                              ANNE C. CONWAY
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party